IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE:       JURY RECORDS

MC118-004

### ORDER

Pursuant to 28 U.S.C. Section 1868, and in accordance with the Schedule for the Disposition of the Records of the United States District Court, Vol. X Chapter VI, Section 620.40 (Appx 6B), Guide to Judiciary Policy and Procedures, the records and papers used in the preparation and filling of the master and qualified wheels plus all other jury files are no longer required and may be destroyed in accordance with the said records disposition schedule.

IT IS HEREBY ORDERED that the jury revision records compiled and maintained for juries reporting September 30, 2013 and earlier be disposed of in accordance with said records disposition schedule.

This 18th day of April, 2018.

Chief Judge, U.S. District Court
Southern District of Georgia